

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x

WILSON CACERES, LUIS BARBECHO,
and CESAR BARBECHO, Individually and
on Behalf of All Others Similarly Situated,

                            Plaintiffs,

               -against-                          1:17-cv-01496 (RA) (JLC)

PAN BROTHERS ASSOCIATES, INC., TRI-
STATE BUILDING CORP., PETER
PANTELIDIS, GEORGE PANTELIDIS, and
JAMES PANTELIDIS, Jointly and Severally

                            Defendants.
...............................................................x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiffs against Defendants in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent and agree to dismiss the instant action with prejudice to Plaintiffs. The terms of the Parties' Negotiated Settlement Agreement have been reviewed and approved by the Court. No attorneys' fees or costs will be awarded to any party by the Court, except as provided therein.

        *- THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK -*

| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
|---|---|
| PELTON GRAHAM LLC | JACKSON LEWIS P.C. |
| 111 Broadway, Suite 1503 | 44 South Broadway, 14th Floor |
| New York, N.Y. 10006 | White Plains, N.Y. 10601 |
| Tele. (212) 385-9709 | Tele. (914) 872-8060 |
| By: /s/ | By: /s/ |
| Brent E. Pelton | Jonathan M. Kozak |
| Taylor B. Graham | Isaac J. Burker |
| Dated: 9/5/2017 | Dated: 9/5/2017 |

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this 5th day of SEPTEMBER, 2017

/s/
Hon. James L. Cott
United States Magistrate Judge

4843-9047-7644, v. 1